

Solomon B. Shinerock
212 822 0165
solomon.shinerock@lbkmlaw.com

May 16, 2024

**VIA ECF**

Hon. Carol Bagley Amon, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Cortes Ripalda et al.*, 21-cr-00458 (EDNY);
              *United States v. Cortes*, 22-cr-00288 (EDNY);
              *United States v. Trujillo*, 19-cr-00134 (EDNY)

Dear Judge Amon:

    This firm represents Diego and Mirta Romay, who are victims in the above-referenced matters pursuant to 18 U.S.C. §§ 3663A (the Mandatory Victims Restitution Act or MVRA) and 3771 (the Crime Victims' Rights Act or CVRA). We request that Diego and Mirta Romay be added to the docket in this and all related matters, so that they can receive ECF notices and better seek to ensure their rights under the MVRA, the CVRA, and Fed. R. Crim. P. 32(c)(1)(B).

    Please let me know if there is any further information that I can provide in support of this request.

                                                Respectfully,

                                                Solomon B. Shinerock

cc: Counsel of record (via ECF)

10 Grand Central   |   155 East 44th Street, 25th Floor   |   New York, NY 10017   |   t 212 826 7001   |   f 212 826 7146

NEW YORK    WASHINGTON    LONDON

lbkmlaw.com